UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KENNETH MARTIN, JR., <br>     Petitioner, <br>     v. <br> DAVID B. LONG, Warden, <br>     Respondent. | Case No. 16-cv-03940 NC (PR) <br><br> **ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges a conviction he suffered in Yolo County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: August 8, 2016

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-03940 NC (PR)
ORDER OF TRANSFER