UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KENNETH MARTIN, JR., | No. 2:16-cv-1881 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| DAVID B. LONG, | |
| Respondent. | |

Petitioner requested an extension of time to file and serve objections to the April 12, 2017 findings and recommendations, and appended his objections. However, neither filing bears petitioner's signature. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Petitioner is granted an extension of time in which to submit properly signed and dated documents. Petitioner is cautioned that failure to comply with this order will result in an order striking the motion and objections for failure to comply with Rule 11(a). Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, petitioner shall submit a signed motion for extension of time, as well as signed and dated objections to the findings and recommendations.

Dated: June 7, 2017

mart1881.r11

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE